FILED

SEP - 1   AM 9: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTH. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV  0 9    80  181MISC**

*VRW*

Marwan Ahmed Harara - #209142

_____/

### ORDER TO SHOW CAUSE

It appearing that Marwan Ahmed Harara has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Marwan Ahmed Harara
Attorney At Law
P.O. Box 590651
San Francisco, CA 94159