FILED

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

No CV-09-80181 MISC VRW

Marwan Ahmed Harara,

    State Bar No 209142         ORDER

_____/

    On September 1, 2009, the court issued an order to show cause (OSC) why Marwan Ahmed Harara should not be removed from the roll of attorneys authorized to practice law before this court based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009. The OSC was mailed to Mr. Harara's address of record with the State Bar on September 1, 2009. Mr. Harara filed no response.

    The California State Bar web site indicates that Mr. Harara is on active status as of September 29, 2009, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Marwan Ahmed Harara,

_____/

Case Number: C09-80181   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marwan Ahmed Harara
PO Box 590651
San Francisco, CA 94159

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*